**Order entered March 17, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00882-CR

**CHACEY TYLER POYNTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32739CR**

## ORDER

Before the Court is appellant's March 12, 2020 motion for additional time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before May 20, 2020.

/s/     LANA MYERS
        JUSTICE